**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) | |
| *Plaintiffs*, | ) | Case No. 24-cv-663 |
| v. | ) | Judge Thomas M. Durkin |
| STEELCASE INC., a Michigan corporation; and SC TRANSPORT, INC., a Michigan corporation, | ) | Magistrate Judge Jeannice W. Appenteng |
| *Defendants*. | ) | |

---

| | | |
|---|---|---|
| SC TRANSPORT INC. and STEELCASE INC., | ) | |
| *Plaintiffs*, | ) | Case No. 24-cv-677 |
| v. | ) | Judge Thomas M. Durkin |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, | ) | Magistrate Judge Jeannice W. Appenteng |
| *Defendant*. | ) | |

**JOINT STIPULATION REGARDING THE ARBITRATION RECORD**

Now come Central States, Southeast and Southwest Areas Pension Fund (the "Fund"), SC Transport, Inc. ("SC Transport") and Steelcase Inc. ("Steelcase" and together with SC Transport, "SCT"), and hereby enter this Joint Stipulation Regarding the Arbitration Record in the above-captioned matter:

1. In the underlying arbitration, the Fund on the one hand and SCT on the other hand moved for summary judgment, and they each submitted multiple briefs, exhibits, and statements

of facts (and responses thereto), relating to summary judgment. True and accurate copies of those submissions are attached hereto as exhibits, as indicated in the following chart:

| | |
|---|---|
| **Exhibit A** | The Fund's motion for summary judgment |
| **Exhibits A-1 through A-3** | The Fund's exhibits to its motion for summary judgment, including its statement of material facts and its exhibits thereto (Exhibits A-2) |
| **Exhibit B** | The Fund's response brief |
| **Exhibit B-1** | The Fund's responses and objections to SCT's statement of material facts and its exhibits thereto |
| **Exhibit C** | The Fund's reply brief and its exhibit thereto |
| **Exhibit D** | SCT's motion for summary judgment |
| **Exhibit D-1** | SCT's statement of material facts |
| **Exhibits D-2 through D-4** | SCT's exhibits to its motion for summary judgment |
| **Exhibit E** | SCT's response brief |
| **Exhibit E-1** | SCT's responses to the Fund's statement of material facts |
| **Exhibit F** | SCT's reply brief and its exhibits thereto |

2. On December 27, 2023, Arbitrator Wayne R. Andersen (the "Arbitrator") issued an opinion and award in the underlying arbitration (the "Original Award"), dated December 26, 2023, a true and accurate copy of which is attached hereto as **Exhibit G**.

3. On February 16, 2024, the Fund and SCT each submitted letters to the Arbitrator regarding the calculation of interest applicable to withdrawal liability overpayments. In its letter, SCT also addressed its position on how withdrawal liability overpayments should be repaid. A true and accurate copy of the Fund's letter (including the exhibits thereto) is attached hereto as **Exhibit H**. A true and accurate copy of SCT's letter (including the exhibits thereto) is attached hereto as **Exhibit I**.

4. On March 4, 2024, the parties received notice of a supplemental opinion and award modifying and clarifying the Original Award issued by the Arbitrator, dated March 1, 2024, a true and accurate copy of which is attached hereto as **Exhibit J.**

June 19, 2024

Respectfully submitted,

*/s/ Lois J. Yu*
Lois J. Yu (ARDC #6321772)
Central States Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
Telephone: (847) 939-2116
E-mail: lyu@centralstatesfunds.org
*ATTORNEY FOR THE FUND*

Respectfully submitted,

*/s/ Brett Swearingen (with consent)*
Brett Swearingen (admitted *pro hac vice*)
Miller Johnson
45 Ottawa Avenue, SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1749
swearingenb@millerjohnson.com

*/s/ Michael L. Sullivan (with consent)*
Michael L. Sullivan (ARDC #6207822)
Jon E. Klinghoffer (ARDC #6270082)
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
(312) 201-4000
michael.sullivan@goldbergkohn.com
jon.klinghoffer@goldbergkohn.com

*ATTORNEYS FOR SCT*